No. 15-1869

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

PETER CARL BORMUTH,

*Plaintiff-Appellant*,

v.

COUNTY OF JACKSON,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Eastern District of Michigan

---

## Motion of The Becket Fund for Religious Liberty for Leave to File an Amicus Brief in Support of Defendant and Affirmance

---

Eric C. Rassbach
Daniel H. Blomberg
*The Becket Fund for*
 *Religious Liberty*
*1200 New Hampshire Ave., N.W.*
*Suite 700*
*Washington, D.C. 20036*
*(202) 955-0095*

Michael W. McConnell
*559 Nathan Abbott Way*
*Stanford, CA 94305*
*(650) 736-1326*


*Counsel for* Amicus Curiae

The Becket Fund for Religious Liberty ("Becket") respectfully seeks leave to file an amicus brief in support of Defendant-Appellee Jackson County.

Becket is a non-profit, nonpartisan law firm dedicated to protecting religious liberty for all. It has represented agnostics, Buddhists, Christians, Hindus, Jews, Muslims, Native Americans, Santeros, Sikhs, and Zoroastrians, among others. It is often involved in cases seeking to preserve religious freedom by ensuring that the Establishment Clause is properly interpreted.

Becket regularly represents parties in court regarding the correct understanding of the Establishment Clause. For instance, Becket successfully represented the church in *Hosanna-Tabor Evangelical Lutheran Church & School v. EEOC*, resulting in a unanimous decision that protected the church. 565 U.S. 171 (2012); *see also Freedom from Religion Found., Inc. v. Weber*, 628 F. App'x 952 (9th Cir. 2015) (successfully defending religious organization against Establishment Clause challenge to organization's religious monument); *Ganulin v. United States*, 71 F. Supp. 2d 824 (S.D. Ohio 1999), *aff'd*, 238 F.3d 420 (6th Cir. 2000)) (successfully representing intervenors in Establishment Clause challenge to Christmas as a legal holiday). Becket is also counsel in other ongoing Establishment Clause cases. *See Fratello v. Archdiocese of N.Y.*, No. 16-1271 (2d Cir.); *Gagliardi v. City of Boca Raton*, No. 17-11820 (11th Cir.); *Yin v. Columbia Int'l Univ.*, No. 15-cv-3656 (D.S.C.); *Gaylor v. Lew*, No. 16-cv-215 (W.D. Wis.). And Becket has often served

as *amicus curiae* in cases concerning the Establishment Clause. *See Town of Greece v. Galloway*, 134 S. Ct. 1811 (2014) (*amicus curiae*); *Alcazar v. Corp. of the Catholic Archbishop of Seattle*, 627 F.3d 1288 (9th Cir. 2010) (en banc) (same). Moreover, Becket has significant experience as counsel to a party in other cases concerning religious liberty. *See, e.g.*, *Zubik v. Burwell*, 136 S. Ct. 1557 (2016); *Holt v. Hobbs*, 135 S. Ct. 853 (2015); *McCullen v. Coakley*, 134 S. Ct. 2518 (2014); *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014); *Little Sisters of the Poor v. Burwell*, 134 S. Ct. 1022 (2014).

Becket's brief explains that the Court can best interpret the Establishment Clause by applying the historical approach outlined in *Town of Greece* and Judge Kelly's dissenting opinion in *Felix v. City of Bloomfield*, 847 F.3d 1214 (10th Cir. 2017). And this case presents an ideal opportunity to align the Sixth Circuit's Establishment Clause jurisprudence with the Supreme Court's guidance. It presents only the second opportunity for this Court to squarely consider *Town of Greece*, and the first opportunity for the full *en banc* Court. Moreover, the legislative prayer practice at issue is nearly identical to the one in *Town of Greece*.

This Court has already granted leave for several other amici, including Americans United for Separation of Church and State, the Anti-Defamation League, and the ACLU. These amici also filed amicus briefs (or, in the case of Americans United, the respondents' brief) with the Supreme Court in *Town of Greece*, and all of them

unsuccessfully opposed the legislative prayer practice that the Supreme Court upheld. Becket respectfully submits that this Court would benefit from hearing from amici with a different perspective on the Establishment Clause's view of legislative prayer, and one that more closely tracks the Supreme Court's rulings in this area.

For the foregoing reasons, Becket respectfully requests that this Court grant leave to file its attached *amicus curiae* brief.

Respectfully submitted.

Date: May 3, 2017

/s/ Daniel H. Blomberg
Eric C. Rassbach
Daniel H. Blomberg
*The Becket Fund for*
 *Religious Liberty*
*1200 New Hampshire Ave., N.W.*
*Suite 700*
*Washington, D.C. 20036*
*(202) 955-0095*

Michael W. McConnell
*559 Nathan Abbott Way*
*Stanford, CA 94305*
*(650) 736-1326*

*Counsel for* Amicus Curiae

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, I electronically filed the foregoing motion via email with the En Banc Coordinator of the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit. All participants in the case, other than Appellant Peter Bormuth, are registered CM/ECF users and will be served electronically via that system.

I further certify that on May 3, 2017, I will serve Mr. Bormuth via email (to earthprayer@hotmail.com) and via U.S. mail to 142 West Pearl St., Jackson, MI 49201, in compliance with 6 Cir. Rule 25(f)(1)(B) and Fed. R. App. P. 25(c)(1)(D).

Date: May 3, 2017                    */s/ Daniel H. Blomberg*
                                     Daniel H. Blomberg